**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BETTY S. RIAZ,<br>*Plaintiff,*<br>v.<br>BRITISH AIRWAYS PLC,<br>*Defendant.* | **Case No.** |

**DEFENDANT BRITISH AIRWAYS PLC'S NOTICE OF REMOVAL**

Defendant BRITISH AIRWAYS PLC, ("British Airways"), by and through its attorneys, Condon & Forsyth LLP, hereby removes this civil action bearing Civil Action No. 2684CV02726 to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1331 and 1441(a).

1. This action was commenced by Plaintiff BETTY S. RIAZ, ("Plaintiff") against British Airways in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk by the filing of a Complaint on or about September 10, 2026. A copy of the complete state court docket, which includes copies of the Verified Complaint, is attached as Exhibit "A."

2. On September 14, 2026, Plaintiff served British Airways with the Summons and Complaint through its registered agent, C T Corporation System.

3. The Complaint alleges an unspecified amount of compensatory damages and other costs, disbursements, and attorney's fees for injuries Plaintiff alleges she sustained after she was allegedly burned by hot tea while in flight on or about September 18, 2024, traveling from London, England to Boston, Massachusetts on British Airways Flight 203.

4. Based upon the allegations in the Complaint, this Court has original jurisdiction over this action because of the existence of a federal question pursuant to 28 U.S.C. § 1331, and the action

may be removed pursuant to 28 U.S.C. § 1441(a).

5. Specifically, the transportation out of which the subject matter of this action arose was "international carriage" within the meaning of a treaty of the United States known as the Convention for the Unification of Certain Rules for International Carriage by Air, concluded at Montreal, Canada on May 28, 1999, reprinted in S. Treaty Doc. 106-45, 1999 WL 33292734 (1999) ("Montreal Convention"), and the rights of the parties to this action are governed by the provisions of said Montreal Convention. "). The Montreal Convention is applicable to all "international carriage of persons, baggage or goods performed by aircraft for reward." Montreal Convention, Art. 1(1).

6. Accordingly, the underlying action may be removed to this Court by Defendant British Airways pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441(a), as the action arises under a treaty of the United States, the Montreal Convention. *See Irabor v. Lufthansa Airlines*, 427 F. Supp. 3d 222, 230–31 (D. Mass. 2019) (when there is a federal question on the face of the complaint, the federal court has jurisdiction over the action).

7. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the District of Massachusetts, which is the district and division in which the state-court action is pending.

8. British Airways is the only defendant named in the Complaint. Accordingly, the consent of any other defendant to the removal of this action is not required.

9. This Notice of Removal is timely filed with this Court in accordance with 28 U.S.C. §§ 1441 and 1446(b) because it is filed within thirty (30) days of Defendant British Airways' receipt of the initial pleading from which removability could first be ascertained on September 14, 2026.

10. Defendant British Airways will promptly give written notice of the filing of this Notice of Removal to Plaintiff and shall file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts, County of Suffolk, as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendant British Airways prays that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk be removed therefrom to this Court.

DATED: September 23, 2026

MCGOWAN & ASSOCIATES

By */s/ Owen P. McGowan*

Owen P. McGowan, BBO #550423
opm@mcgowanassociateslaw.com
80 Washington Street, C-20
Norwell, MA 02061
T: (781) 281-9977
*Counsel for Defendant*
BRITISH AIRWAYS PLC

- and-

Anthony U. Battista
(*Pro Hac Vice* application forthcoming)
abattista@condonlaw.com
7 Times Square
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

*Counsel for Defendant*
BRITISH AIRWAYS PLC

## CERTIFICATE OF SERVICE

I, Owen McGowan, counsel for Defendant British Airways, hereby certify that on this 23rd day of September 2026, I electronically filed the foregoing, *Defendant British Airways PLC's Notice of Removal* with the Clerk of the Court using the electronic filing system, CM/ECF system, which will send such notification of such filing to counsel of record. Said document was also sent via U.S. First Class Mail and Electronic Mail to the following parties in the above referenced action or their legal representative:

Bradley M. Henry, Esq.
bhenry@santoroandgray.com
Jessica M. Gray, Esq.
jgray@santoroandgray.com
Santoro & Gray, LLC
131 Dartmouth Street, 3rd
Floor Boston, MA 02116
*Counsel for Plaintiff*
BETTY S. RIAZ